**DAVID LEWIS BUILDERS, INCORPORATED, Plaintiff–Appellant**

v.

**MID–CONTINENT CASUALTY COMPANY, Defendant–Appellee.**

No. 10–10432.

United States Court of Appeals, Fifth Circuit.

Feb. 7, 2011.

S. Gary Werley, Fort Worth, TX, for Plaintiff–Appellant.

Richard Brent Cooper, Esq., Cooper & Scully, P.C., Dallas, TX, for Defendant–Appellee.

Before JONES, Chief Judge, and DENNIS and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* Fifth Circuit Local Rule 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be